In the Matter of James J. Brady, Appellant, against James E. Finegan et al., as the Municipal Civil Service Commission of the City of New York, et al., Respondents.

(Argued November 19, 1935; decided December 3, 1935.)

*Joseph F. Ryan* and *Abraham Bernard King* for appellant.

*Paul Windels, Corporation Counsel (Seymour B. Quel* and *Paxton Blair* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.